UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED MCLURE, Derivatively on Behalf of RUSSELL COMMODITY STRATEGIES FUND, RUSSELL EMERGING MARKETS FUND, RUSSELL GLOBAL EQUITY FUND, RUSSELL GLOBAL INFRASTRUCTURE FUND, RUSSELL GLOBAL OPPORTUNISTIC CREDIT FUND, RUSSELL INTERNATIONAL DEVELOPED MARKET FUND, RUSSELL MULTI-STRATEGY ALTERNATIVE FUND, RUSSELL STRATEGIC BOND FUND, RUSSELL U.S. SMALL CAP EQUITY FUND, AND RUSSELL GLOBAL REAL ESTATE SECURITIES FUND,<br>       Plaintiff<br><br>v.<br><br>RUSSELL INVESTMENT MANAGEMENT COMPANY,<br>       Defendant | C.A. No. 13-12631-NMG |

## JOINT NOTICE OF WITHDRAWAL OF DEMAND FOR JURY TRIAL

Plaintiff Fred McClure and Defendant Russell Investment Management Company hereby jointly notify the Court that the Plaintiff has withdrawn his Demand for Jury Trial in the above-captioned matter, and that this matter will be resolved by a bench trial, if trial is necessary.

1

Dated: May 28, 2014

       HUTCHINGS, BARSAMIAN,
       MANDELCORD & ZEYTOONIAN, LLP

     By: */s/ Theodore M. Hess-Mahan*
       Theodore M. Hess-Mahan (#557109)
       110 Cedar Street, Suite 250
       Wellesley Hills, MA 02481
       Tel: (781) 431-2231
       Fax: (781) 431-8726
       thess-mahan@hutchingsbarsamian.com

    ROBBINS ARROYO LLP

       Brian J. Robbins
       Stephen J. Oddo (*pro hac vice*)
       Edward B. Gerard (*pro hac vice*)
       Justin D. Rieger (*pro hac vice*)
       600 B Street, Suite 1900
       San Diego, CA 92101
       Tel: (619) 525-3990
       Fax: (619) 525-3991
       brobbins@robbinsarroyo.com
       soddo@robbinsarroyo.com
       egerard@robbinsarroyo.com
       jrieger@robbinsarroyo.com

    *Attorneys for Plaintiff*

                O'CONNOR CARNATHAN & MACK LLC

By:   */s/ Sean T. Carnathan*
       Sean T. Carnathan (#636889)
       One Van de Graaf Drive, Suite 104
       Burlington, MA 01803
       Tel: (781) 359-9000
       Fax: (781) 359-9001
       scarnathan@ocmlaw.net

MILBANK, TWEED, HADLEY & McCLOY LLP

    James N. Benedict (*pro hac vice*)
    Sean M. Murphy (*pro hac vice*)
    1 Chase Manhattan Plaza
    New York, NY 10005
    Tel: (212) 530-5000
    Fax: (212) 822-5696
    jbenedict@milbank.com
    smurphy@milbank.com

*Attorneys for Defendant*