UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED MCCLURE, Derivatively on Behalf of RUSSELL COMMODITY STRATEGIES FUND, RUSSELL EMERGING MARKETS FUND, RUSSELL GLOBAL EQUITY FUND, RUSSELL GLOBAL INFRASTRUCTURE FUND, RUSSELL GLOBAL OPPORTUNISTIC CREDIT FUND, RUSSELL INTERNATIONAL DEVELOPED MARKETS FUND, RUSSELL MULTI-STRATEGY ALTERNATIVE FUND, RUSSELL STRATEGIC BOND FUND, RUSSELL U.S. SMALL CAP EQUITY FUND, and RUSSELL GLOBAL REAL ESTATE SECURITIES FUND, | ) ) ) Civil Action No. 1:13-cv-12631-LTS ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RUSSELL INVESTMENT MANAGEMENT COMPANY, | ) ) ) |
| Defendant. | ) ) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES**

Plaintiff Fred McClure ("Plaintiff"), defendant Russell Investment Management Company ("RIMCo"), and defendant Russell Fund Services Company ("RFSC") ("Defendants" and, collectively, the "Parties"), through their undersigned counsel, hereby respectfully submit the Stipulation and [Proposed] Order Extending Discovery (the "Stipulation").

WHEREAS, on March 11, 2014, the undersigned Parties agreed and filed the Joint Statement (Document No. 26) pursuant to Local Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts and Rule 26(f) of the Federal Rules of Civil Procedure in advance of an initial scheduling conference;

WHEREAS, on April 16, 2014, the Court entered an Order (Document No. 35) setting forth various discovery and case-related deadlines in the above-captioned action ("*McClure I*");

WHEREAS, over the course of 2014 Plaintiff and Defendants have met and conferred and resolved various discovery-related issues between the Parties;

WHEREAS neither Plaintiff nor Defendants believe fact discovery can reasonably be completed by December 31, 2014;

WHEREAS, on December 8, 2014, Plaintiff filed a related action against Defendants RIMCo and RFSC ("*McClure II*");

WHEREAS, on December 17, 2014, the Court held a status conference and directed the parties to submit a proposed stipulation and order extending discovery deadlines by December 31, 2014;

WHEREAS, subject to the Court's approval, having met and conferred regarding the outstanding schedule for discovery, the Parties have agreed to extend the schedule.

NOW, THEREFORE, it is hereby STIPULATED and AGREED by and between the undersigned that:

1. Defendants are to respond to Plaintiff's complaint in *McClure II* by January 30, 2015;

2. Fact discovery (other than expert) to be completed by June 1, 2015;

3. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 1, 2015;

4. Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by October 1, 2015;

5. Plaintiff's rebuttal expert reports are due by November 1, 2015;

6. All experts to be deposed by January 4, 2016;

7.  Dispositive motions due by February 1, 2016;

8.  Oppositions to dispositive motions due by March 1, 2016;

9.  Replies to oppositions to dispositive motions due by April 1, 2016.

10. Final pretrial conference set for August 1, 2016; and

11. Trial set for August 15, 2016.

12. Each and every deadline stipulated to and agreed upon is conditioned upon Defendants' representation that they will complete production of substantially all documents in *McClure I* by January 16, 2015 and produce a privilege log identifying each document withheld from production in *McClure I* by February 16, 2015.  For each day after January 16, 2015 that Defendants have failed to complete their production of substantially all documents in *McClure I*, each and every deadline will also be extended by a day.  In the event the Parties disagree on when Defendants have completed production of substantially all documents in *McClure I*, Plaintiff reserves the right to seek Court intervention on the matter.

13. Plaintiff has propounded additional discovery requests to Defendants in support of his claims against RFSC in *McClure II*.  While Defendants agree that they must produce some documents in response to these requests, the Parties have not yet agreed on the scope of Defendants' production.  In the event the Parties have any disagreements regarding Plaintiff's additional discovery requests or any other discovery-related matter, they reserve the right to seek Court intervention on any such matter.

STIPULATED AND AGREED TO BY:

Dated: 12/31/2014

ROBBINS ARROYO LLP

*/s/ Edward B. Gerard*

STEPHEN J. ODDO
BRIAN J. ROBBINS
EDWARD B. GERARD
JUSTIN D. RIEGER
DANIEL L. SACHS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com
dsachs@robbinsarroyo.com

HUTCHINGS, BARSAMIAN,
  MANDELCORN & ZEYTOONIAN, LLP
THEODORE M. HESS-MAHAN
BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

ZWERLING, SCHACHTER &
  ZWERLING, LLP
ANDREW W. ROBERTSON
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
arobertson@zsz.com

*Attorneys for Plaintiff*

Dated: 12/31/2014

O'CONNOR CARNATHAN
  AND MACK, LLC

*/s/ Sean T. Carnathan*

THOMAS N. O'CONNOR
SEAN T. CARNATHAN
Landmark One
1 Van De Graaff Drive, Suite 104
Burlington, MA 01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001
toconnor@ocmlaw.net
scarnathan@ocmlaw.net

MILBANK, TWEED, HADLEY & MCCLOY
JAMES N. BENEDICT
SEAN M. MURPHY
ANDREA G. HOOD
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
jbenedict@milbank.com
smurphy@milbank.com
ahood@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY
ROBERT J. LIUBICIC
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000
Facsimile:  (213) 629-5063
rliubicic@milbank.com

*Counsel for defendants Russell Investment
Management Company and Russell Fund
Services Company*

SO ORDERED:

_____
HONORABLE LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 1, 2015 this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants identified in the Notice of Electronic Filing (NEF).

*/s/ Sean T. Carnathan*
Sean T. Carnathan (#636889)