UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE RUSSELL INVESTMENT COMPANY | ) | Lead C.A. No. 1:13-cv-12631-LTS |
| SHAREHOLDER LITIGATION | ) | |
| | ) | (Consolidated with No. 1:14-cv-14358-LTS) |
| | ) | |

## STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO THE RUSSELL FUNDS

Plaintiff Fred McClure ("Plaintiff"), defendant Russell Investment Management Company ("RIMCo"), defendant Russell Fund Services Company ("RFSC"), and nominal defendants Russell Commodity Strategies Fund, Russell Emerging Markets Fund, Russell Global Equity Fund, Russell Global Infrastructure Fund, Russell Global Opportunistic Credit Fund, Russell International Developed Markets Fund, Russell Multi-Strategy Alternative Fund, Russell Strategic Bond Fund, Russell U.S. Small Cap Equity Fund, and Russell Global Real Estate Securities Fund (the "Russell Funds"), through their undersigned counsel, hereby respectfully submit the Stipulation and [Proposed] Order for Dismissal with Prejudice as to the Russell Funds.

WHEREAS, Plaintiff filed the Verified Complaint (Document 1) in the *McClure I* Action[1] on October 17, 2013 against defendant RIMCo and the Russell Funds;

WHEREAS on December 8, 2014, Plaintiff filed the Verified Complaint in the *McClure II* Action[2] against defendants RIMCo and RFSC (Document 1);

WHEREAS on March 10, 2015, the *McClure I* and *McClure II* Actions were consolidated (Document 71);

---

[1] *"McClure I* Action" refers to *McClure v. Russell Investment Management Company*, Case No. 1:13-cv-12631-LTS (D. Mass.).
[2] "*McClure II* Action" refers to *McClure v. Russell Investment Management Company, et al.*, Case No. 1:14-cv-14358 (D. Mass.).

WHEREAS, the parties agree to the dismissal of the Russell Funds from the above-consolidated action with prejudice;

WHEREAS, following the Court's approval of the dismissal of the Russell Funds, counsel for the Russell Funds agrees to accept service of any subpoena timely served so that the response date is prior to the close of the fact discovery deadline by Plaintiff on the Russell Funds.

NOW THEREFORE, IT IS STIPULATED AND AGREED by and between the undersigned, subject to the approval of the Court, that:

1.      Plaintiff dismisses this action against the Russell Funds and dismisses all claims purportedly against the Russell Funds with prejudice, with each side to bear its own fees and costs.

STIPULATED AND AGREED TO BY:

Dated: May 12, 2015                            ROBBINS ARROYO LLP

                                               /s/ Edward B. Gerard
                                               _____
                                               BRIAN J. ROBBINS
                                               STEPHEN J. ODDO (*pro hac vice*)
                                               EDWARD B. GERARD (*pro hac vice*)
                                               JUSTIN D. RIEGER (*pro hac vice*)
                                               DANIEL L. SACHS (*pro hac vice*)
                                               600 B Street, Suite 1900
                                               San Diego, CA 92101
                                               Telephone: (619) 525-3990
                                               Facsimile: (619) 525-3991
                                               brobbins@robbinsarroyo.com
                                               soddo@robbinsarroyo.com
                                               egerard@robbinsarroyo.com
                                               jrieger@robbinsarroyo.com
                                               dsachs@robbinsarroyo.com

                                               HUTCHINGS, BARSAMIAN,
                                               MANDELCORN & ZEYTOONIAN, LLP
                                               THEODORE M. HESS-MAHAN (#557109)

110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

ZWERLING, SCHACHTER &
  ZWERLING, LLP
JEFFREY C. ZWERLING (*pro hac vice*)
ROBIN F. ZWERLING (*pro hac vice*)
SUSAN SALVETTI (*pro hac vice*)
ANDREW W. ROBERTSON (*pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
jzwerling@zsz.com
rzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

*Counsel for Plaintiff Fred McClure*

Dated: May 12, 2015

DECHERT LLP

_____

TIMOTHY C. BLANK (#548670)
100 Oliver Street, 40th Floor
One International Place
Boston, MA 02110
Telephone: (617) 728-7154
Facsimile: (617) 426-6567
timothy.blank@dechert.com

*Counsel for nominal defendants Russell*
*Commodity Strategies Fund, Russell Emerging*
*Markets Fund, Russell Global Equity Fund,*
*Russell Global Infrastructure Fund, Russell*
*Global Opportunistic Credit Fund, Russell*
*International Developed Markets Fund,*
*Russell Multi-Strategy Alternative Fund,*
*Russell Strategic Bond Fund, Russell*
*U.S. Small Cap Equity Fund, and Russell*
*Global Real Estate Securities Fund*

Dated: May _12_, 2015

O'CONNOR CARNATHAN
AND MACK, LLC


/s/ Sean J. Carnathan

SEAN T. CARNATHAN (#636889)
One Van De Graaff Drive, Suite 104
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001
scarnathan@ocmlaw.net

MILBANK, TWEED, HADLEY & MCCLOY
JAMES N. BENEDICT (*pro hac vice*)
SEAN M. MURPHY (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
jbenedict@milbank.com
smurphy@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY
ROBERT J. LIUBICIC (*pro hac vice*)
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
rliubicic@milbank.com

*Counsel for defendants Russell Investment
Management Company and Russell Fund
Services Company*

IT IS SO ORDERED.

DATED:

_____
HONORABLE LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE

1007458

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2015 this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants identified in the Notice of Electronic Filing (NEF).

 /s/ Edward B. Gerard
EDWARD B. GERARD
