UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE RUSSELL INVESTMENT COMPANY SHAREHOLDER LITIGATION | ) Lead C.A. No. 1:13-cv-12631-LTS ) ) (Consolidated with No. 1:14-cv-14358-LTS) ) |

**JOINT MOTION TO CONTINUE MEDIATION CURRENTLY
SET FOR JULY 6, 2015 UNTIL A LATER DATE**

Plaintiff Fred McClure ("Plaintiff"), defendant Russell Investment Management Company ("RIMCo"), and defendant Russell Fund Services Company ("RFSC", together with RIMCo, "Defendants") (collectively with Plaintiff, the "Parties"), through their undersigned counsel, hereby respectfully request that the mediation currently set for July 6, 2015 before Magistrate Judge Marianne B. Bowler be continued to a later date after the deadline for the completion of fact discovery in the above-consolidated action.

In support of this Request, the Parties state as follows:

1. The current mediation date was set on April 30, 2015 based on the Court's order granting a continuation of the previously scheduled mediation date of April 14, 2015 (Document Nos. 73-75).

2. On June 16, 2015, the Court issued a Scheduling Order (Document No. 81) which extended the fact discovery deadline to July 1, 2015, only two business days prior to the currently scheduled mediation date. Fact discovery is ongoing and Plaintiff expects that fact discovery will not be completed until this deadline.

3. In light of the extension of the fact discovery deadline to July 1, 2015, the Parties ask that the mediation scheduled for July 6, 2015 be continued until July 27 or 28, 2015 or the earliest available date after August 5, 2015.

## **CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court continue the mediation currently set for July 6, 2015.

DATED: June 24, 2015

Respectfully submitted,

ROBBINS ARROYO LLP

By:    /s/ Edward B. Gerard
       Brian J. Robbins
       Stephen J. Oddo (*pro hac vice*)
       Edward B. Gerard (*pro hac vice*)
       Justin D. Rieger (*pro hac vice*)
       Daniel L. Sachs (*pro hac vice*)
       600 B Street, Suite 1900
       San Diego, CA 92101
       Telephone: (619) 525-3990
       Facsimile: (619) 525-3991
       brobbins@robbinsarroyo.com
       soddo@robbinsarroyo.com
       egerard@robbinsarroyo.com
       jrieger@robbinsarroyo.com
       dsachs@robbinsarroyo.com

HUTCHINGS, BARSAMIAN, MANDELCORN & ZEYTOONIAN, LLP
       Theodore M. Hess-Mahan (BBO #557109)
       110 Cedar Street, Suite 250
       Wellesley Hills, MA 02481
       Telephone: (781) 431-2231
       Facsimile: (781) 431-8726
       thess-mahan@hutchingsbarsamian.com

ZWERLING, SCHACHTER & ZWERLING, LLP
       Jeffrey C. Zwerling (*pro hac vice*)
       Robin F. Zwerling (*pro hac vice*)
       Susan Salvetti (*pro hac vice*)
       Andrew W. Robertson (*pro hac vice*)
       41 Madison Avenue
       New York, NY 10010
       Telephone: (212) 223-3900
       Facsimile: (212) 371-5969
       jzwerling@zsz.com
       rzwerling@zsz.com

ssalvetti@zsz.com
arobertson@zsz.com

*Attorneys for Plaintiff Fred McClure*

Dated: June 24, 2015               MILBANK, TWEED, HADLEY & MCCLOY LLP

By:   /s/ Andrea G. Hood
James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
Andrea G. Hood (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY  10005
Tel:  (212) 530-5000
Fax: (212) 822-5696
jbenedict@milbank.com
smurphy@milbank.com

O'CONNOR CARNATHAN & MACK LLC
Sean T. Carnathan (#636889)
One Van de Graaf Drive, Suite 104
Burlington, MA 01803
Tel:  (781) 359-9000
Fax: (781) 359-9001
scarnathan@ocmlaw.net

MILBANK, TWEED, HADLEY & MCCLOY LLP
Robert J. Liubicic (*pro hac vice*)
601 South Figueroa Street
Los Angeles, CA 90017
Tel:  (213) 892-4000
Fax: (213) 629-5063
rliubicic@milbank.com

*Attorneys for Defendants*

1037203

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2015 this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants identified in the Notice of Electronic Filing (NEF).

/s/ Edward B. Gerard
EDWARD B. GERARD (*pro hac vice*)
