UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE RUSSELL INVESTMENT COMPANY ) <br> SHAREHOLDER LITIGATION ) <br> ) <br> ) | Lead C.A. No. 1:13-cv-12631-LTS <br><br> (Consolidated with No. 1:14-cv-14358-LTS) |

**JOINT MOTION TO CONTINUE MEDIATION CURRENTLY
SET FOR JULY 27, 2015 UNTIL A LATER DATE**

Plaintiff Fred McClure ("Plaintiff"), defendant Russell Investment Management Company ("RIMCo"), and defendant Russell Fund Services Company ("RFSC," together with RIMCo, "Defendants") (collectively with Plaintiff, the "Parties"), through their undersigned counsel, hereby respectfully request that the mediation currently set for July 27, 2015 before Magistrate Judge Marianne B. Bowler be continued to a date after the deadline for the completion of expert discovery in the above-consolidated action.

In support of this Request, the Parties state as follows:

1. The current mediation date of July 27, 2015 was set on June 24, 2015 based on the Court's order granting a continuation of the previously scheduled mediation date of July 6, 2015 (ECF Nos. 83-84).

2. On June 16, 2015, the Court issued a Scheduling Order (ECF No. 81) which extended the fact discovery deadline to July 1, 2015 and extended the expert discovery deadline to February 3, 2016.

3. Defendants have communicated to Plaintiff that they believe the mediation currently scheduled for July 27, 2015 will not be fruitful and that it would be premature for the Parties to engage in mediation prior to the completion of expert discovery. The Parties have met

and conferred and determined that, based on Defendants' position on this matter, it would be appropriate to postpone the scheduled mediation until after the completion of expert discovery.

4. The Parties request that the mediation scheduled for July 27, 2015 be continued until after the deadline for the completion of expert discovery, which is currently set for February 3, 2016.

## **CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court continue the mediation currently set for July 27, 2015 until after the deadline for the completion of expert discovery, which is currently set for February 3, 2016.

DATED: July 21, 2015    Respectfully submitted,

ROBBINS ARROYO LLP

By:   /s/ Edward B. Gerard
Brian J. Robbins
Stephen J. Oddo (*pro hac vice*)
Edward B. Gerard (*pro hac vice*)
Justin D. Rieger (*pro hac vice*)
Daniel L. Sachs (*pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com
dsachs@robbinsarroyo.com

HUTCHINGS, BARSAMIAN, MANDELCORN & ZEYTOONIAN, LLP

Theodore M. Hess-Mahan (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481

Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

ZWERLING, SCHACHTER & ZWERLING, LLP

Jeffrey C. Zwerling (*pro hac vice*)
Robin F. Zwerling (*pro hac vice*)
Susan Salvetti (*pro hac vice*)
Andrew W. Robertson (*pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
jzwerling@zsz.com
rzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

*Attorneys for Plaintiff Fred McClure*

| | |
|---|---|
| Dated: July 21, 2015 | O'CONNOR CARNATHAN & MACK LLC |

By:   /s/ Sean T. Carnathan
Sean T. Carnathan (#636889)
One Van de Graaf Drive, Suite 104
Burlington, MA 01803
Tel: (781) 359-9000
Fax: (781) 359-9001
scarnathan@ocmlaw.net

MILBANK, TWEED, HADLEY & MCCLOY LLP

James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
Tel: (212) 530-5000
Fax: (212) 822-5696
jbenedict@milbank.com
smurphy@milbank.com

Robert J. Liubicic (*pro hac vice*)
601 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 892-4000
Fax: (213) 629-5063
rliubicic@milbank.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 21, 2015 this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants identified in the Notice of Electronic Filing (NEF).

                                                /s/ Sean T. Carnathan
                                                 SEAN T. CARNATHAN