UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE RUSSELL INVESTMENT COMPANY | ) | Lead C.A. No. 1:13-cv-12631-LTS |
| SHAREHOLDER LITIGATION | ) | |
| | ) | (Consolidated with No. 1:14-cv-14358-LTS) |
| | ) | |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTIONS DEADLINES

Plaintiff Fred McClure ("Plaintiff"), defendant Russell Investment Management Company ("RIMCo"), and defendant Russell Fund Services Company ("RFSC") ("Defendants" and, collectively with Plaintiff, the "Parties"), through their undersigned counsel, hereby respectfully submit this Stipulation and [Proposed] Order Extending Dispositive Motions Deadlines (the "Stipulation").

WHEREAS, on October 17, 2013, Plaintiff filed an action against Defendant RIMCo captioned *McClure v. Russell Investment Management Company*, Case No. 1:13-cv-12631-LTS (D. Mass.) (*McClure I*);

WHEREAS, on December 8, 2014, Plaintiff filed a related action against Defendants RIMCo and RFSC captioned *McClure v. Russell Investment Management Company, et al.*, Case No. 1:14-cv-14358-LTS (D. Mass.) (*McClure II*);

WHEREAS, on March 10, 2015, the Court consolidated *McClure I* and *McClure II*, with all files to be maintained in one file under *McClure I*, and ordered that they proceed on the same schedule (*McClure I* Document 71);

WHEREAS, on January 20, 2016, the Parties filed a Stipulation and [Proposed] Order Extending Discovery Deadlines (*McClure I* Document 99) in which the Parties stipulated and agreed to, among other things, extend the expert discovery deadline by sixty days;

WHEREAS, on January 27, 2016, the Court entered the Scheduling Order (*McClure I* Document 102), which set April 4, 2016 as the expert discovery deadline, May 2, 2016 as the deadline for filing dispositive motions, May 30, 2016 as the deadline for filing oppositions to dispositive motions, and July 1, 2016 as the deadline for filing replies to oppositions to dispositive motions;

WHEREAS, the Parties have completed expert discovery and depositions in *McClure I* and *McClure II*;

WHEREAS, the Parties have met and conferred, and, subject to the Court's approval, have reached an agreement to extend the current deadline for filing dispositive motions by forty-five (45) days and to allow fifty-seven (57) days for filing of oppositions to any dispositive motions and forty-two (42) days for the filing of any replies to oppositions to dispositive motions.

NOW, THEREFORE, it is hereby STIPULATED and AGREED by and between the undersigned that:

1.      The filing and briefing of dispositive motions in *McClure I* and *McClure II* shall be governed by the following schedule:

      a.      Dispositive motions due by June 16, 2016;

      b.      Oppositions to dispositive motions due by August 12, 2016; and

      c.      Replies to oppositions to dispositive motions due by September 23, 2016.

STIPULATED AND AGREED TO BY:

Dated:  April 1, 2016

ROBBINS ARROYO LLP

/s/ *Edward B. Gerard*

BRIAN J. ROBBINS
STEPHEN J. ODDO (*pro hac vice*)

EDWARD B. GERARD (*pro hac vice*)
JENNY L. DIXON (*pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jdixon@robbinsarroyo.com

HUTCHINGS, BARSAMIAN,
   MANDELCORN & ZEYTOONIAN, LLP
THEODORE M. HESS-MAHAN (#557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

ZWERLING, SCHACHTER &
   ZWERLING, LLP
JEFFREY C. ZWERLING (*pro hac vice*)
ROBIN F. ZWERLING (*pro hac vice*)
SUSAN SALVETTI (*pro hac vice*)
ANDREW W. ROBERTSON (*pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
jzwerling@zsz.com
rzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

*Attorneys for Plaintiff Fred McClure*

Dated: April 1, 2016

O'CONNOR CARNATHAN AND MACK, LLC

*/s/ Sean T. Carnathan*

SEAN T. CARNATHAN (#636889)
1 Van De Graaff Drive, Suite 104
Burlington, MA 01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001
toconnor@ocmlaw.net

- 3 -

scarnathan@ocmlaw.net

MILBANK, TWEED, HADLEY & MCCLOY LLP
ROBERT J. LIUBICIC (*pro hac vice*)
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000
Facsimile:  (213) 629-5063
rliubicic@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
SEAN M. MURPHY (*pro hac vice*)
ANDREA G. HOOD (*pro hac vice*)
28 Liberty Street
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
smurphy@milbank.com
ahood@milbank.com

*Attorneys for Defendants Russell Investment
Management Company and Russell Fund Services
Company*

IT IS SO ORDERED.

DATED:

_____
HONORABLE LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE