UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE RUSSELL INVESTMENT COMPANY SHAREHOLDER LITIGATION | ) Lead C.A. No. 1:13-cv-12631-LTS<br>)<br>) (Consolidated with No. 1:14-cv-14358-LTS)<br>) |

**JOINT STATUS REPORT REGARDING STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTIONS DEADLINES AND ANTICIPATED DISPOSITIVE MOTIONS**

At the request of the Court (ECF 111), Plaintiff Fred McClure ("Plaintiff"), defendant Russell Investment Management Company ("RIMCo"), and defendant Russell Fund Services Company ("RFSC") ("Defendants" and, collectively with Plaintiff, the "Parties"), through their undersigned counsel, hereby respectfully submit this joint status report setting forth (a) the reasons for the requested extensions of the briefing schedule for dispositive motions set forth in the Parties' Stipulation and [Proposed] Order Extending Dispositive Motions Deadlines (ECF 110) and (b) whether the Parties anticipate that cross-motions for summary judgment will be filed in this action.

The Parties hereby report as follows:

1.      On January 27, 2016, the Court entered a scheduling order (ECF 102), which set May 2, 2016 as the deadline for filing dispositive motions, May 30, 2016 as the deadline for filing oppositions to dispositive motions (twenty-eight (28) days after the deadline for filing dispositive motions), and July 1, 2016 as the deadline for filing replies to oppositions to dispositive motions (thirty-two (32) days after the deadline for filing oppositions to dispositive motions).

2.      On March 30, 2016, the alternative dispute resolution hearing in this action was rescheduled from April 19, 2016 to May 26, 2016 (ECF 109). May 26 is the earliest date on

which the Parties' principals are available to participate in the mediation, as required by Local Rule 16.4(c)(4) and the Court's order scheduling alternative dispute resolution (ECF 39).  The Parties do not anticipate rescheduling the alternative dispute resolution hearing to a date subsequent to May 26.

3. On April 1, 2016, the Parties reached an agreement to extend the current deadline for filing dispositive motions by forty-five (45) days (*i.e.*, making dispositive motions due after the mediation) and to allow fifty-seven (57) days for filing oppositions to any dispositive motions and forty-two (42) days for the filing of any replies to oppositions to dispositive motions.

4. The Parties respectfully submit that it would be most efficient for the Parties to engage in mediation before devoting significant time and resources to preparing for dispositive motions that may ultimately prove unnecessary, and before unnecessarily burdening the Court with such motions.

5. The proposed extensions of the briefing schedule for dispositive motions were also requested because the record in this action is extensive.  The Parties have produced over 23,500 documents, consisting of over 360,000 pages, and deposed nineteen (19) fact witnesses and seven (7) expert witnesses.  The Parties will need to thoroughly review that record prior to briefing their dispositive motions, opposition papers, and reply papers.

6. The Parties also note that counsel for Defendants currently is handling the post-trial briefing in *Sivolella v. AXA Equitable Life Insurance Company*, Case No. 3:11-cv-041940-PGS-DEA (D.N.J.) ("AXA Action")—another pending case brought under Section 36(b) of the Investment Company Act of 1940 with allegations similar to those asserted here.  Post-trial briefing in the AXA Action is scheduled to conclude on May 16, 2016, and closing arguments

are scheduled for May 23, 2016. There is substantial overlap between the defense team in the AXA Action and the defense team in the instant action. The limited availability of counsel for Defendants through the completion of post-trial briefing and closing arguments in the trial in the AXA Action is an additional reason Defendants' requested an extension of forty-five (45) days for filing dispositive motions in this action.

7.  The Parties anticipate that Defendants will file a motion for summary judgment and Plaintiffs will not file a cross-motion for summary judgment.

Dated:  April 6, 2016

Respectfully submitted,

ROBBINS ARROYO LLP

 /s/ Stephen J. Oddo
BRIAN J. ROBBINS
STEPHEN J. ODDO (*pro hac vice*)
EDWARD B. GERARD (*pro hac vice*)
JENNY L. DIXON (*pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jdixon@robbinsarroyo.com

HUTCHINGS, BARSAMIAN,
  MANDELCORN & ZEYTOONIAN, LLP
THEODORE M. HESS-MAHAN (#557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

ZWERLING, SCHACHTER &
  ZWERLING, LLP

        JEFFREY C. ZWERLING (*pro hac vice*)
        ROBIN F. ZWERLING (*pro hac vice*)
        SUSAN SALVETTI (*pro hac vice*)
        ANDREW W. ROBERTSON (*pro hac vice*)
        41 Madison Avenue
        New York, NY 10010
        Telephone: (212) 223-3900
        Facsimile: (212) 371-5969
        jzwerling@zsz.com
        rzwerling@zsz.com
        ssalvetti@zsz.com
        arobertson@zsz.com

        *Attorneys for Plaintiff Fred McClure*

Dated: April 6, 2016

        O'CONNOR CARNATHAN AND MACK, LLC

        */s/ Sean T. Carnathan*
        SEAN T. CARNATHAN (#636889)
        1 Van De Graaff Drive, Suite 104
        Burlington, MA 01803
        Telephone:  (781) 359-9000
        Facsimile:  (781) 359-9001
        toconnor@ocmlaw.net
        scarnathan@ocmlaw.net

        MILBANK, TWEED, HADLEY & MCCLOY LLP
        ROBERT J. LIUBICIC (*pro hac vice*)
        601 South Figueroa Street
        30th Floor
        Los Angeles, CA 90017
        Telephone:  (213) 892-4000
        Facsimile:  (213) 629-5063
        rliubicic@milbank.com

        MILBANK, TWEED, HADLEY & MCCLOY LLP
        SEAN M. MURPHY (*pro hac vice*)
        ANDREA G. HOOD (*pro hac vice*)
        28 Liberty Street
        New York, NY 10005
        Telephone:  (212) 530-5000
        Facsimile:  (212) 530-5219
        smurphy@milbank.com
        ahood@milbank.com

        *Attorneys for Defendants Russell Investment*

- 5 -

*Management Company and Russell Fund Services Company*