Sean T. Carnathan
O'CONNOR CARNATHAN & MACK LLC
One Van de Graaf Drive, Suite 104
Burlington, MA 10803
(781) 359-9000
scarnathan@ocmlaw.net

Sean M. Murphy (*pro hac vice*)
Andrea G. Hood (*pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, NY 10005
(212) 530-5000
smurphy@milbank.com
ahood@milbank.com

Robert J. Liubicic (*pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street
Los Angeles, CA 90017
(213) 892-4000
rliubicic@milbank.com

*Attorneys for Defendants Russell Investment Management Company
and Russell Fund Services Company*

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| *IN RE* RUSSELL INVESTMENT COMPANY SHAREHOLDER LITIGATION | Lead C.A. No. 1:13-cv-12631-LTS (Consolidated with No. 1:14-cv-14358-LTS) <br><br> **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> ORAL ARGUMENT REQUESTED <br><br> LEAVE TO FILE EXCESS PAGES WITH MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT GRANTED ON JUNE 13, 2016 <br><br> FILED ELECTRONICALLY |

# DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that summary judgment enter in Defendants' favor with respect to all claims against them in the above-captioned action. Alternatively, Defendants respectfully request that the Court grant summary judgment with respect to any issue for which the Court determines there is no genuine issue of material fact.

In support of this motion, Defendants refer the Court to the following documents being filed herewith:

1. Memorandum of Law in Support of Defendants' Motion for Summary Judgment;

2. Defendants' Statement of Material Facts Not in Dispute in Support of Their Motion for Summary Judgment; and

3. Declaration of Andrea G. Hood in Support of Defendants' Motion for Summary Judgment.

## REQUEST FOR ORAL ARGUMENT

Defendants, pursuant to Local Rule 7.1(d), respectfully request that a hearing before the Court be scheduled to address Defendants' Motion for Summary Judgment.

## LOCAL RULE 7.1(a) CERTIFICATION

Counsel for Defendants have conferred with counsel for Plaintiff concerning this motion, and no agreement has been reached.

WHEREFORE, Defendants respectfully request that summary judgment enter in Defendants' favor with respect to all claims against them in the above-captioned action. Alternatively, Defendants respectfully request that the Court grant summary judgment with respect to any issue for which the Court determines there is no genuine issue of material fact.

Dated: June 24, 2016

O'CONNOR CARNATHAN & MACK LLC

By: */s/ Sean T. Carnathan*
Sean T. Carnathan (#636889)
One Van de Graaf Drive, Suite 104
Burlington, MA 01803
Tel: (781) 359-9000
Fax: (781) 359-9001
scarnathan@ocmlaw.net

MILBANK, TWEED, HADLEY & MCCLOY LLP

Sean M. Murphy (*pro hac vice*)
Andrea G. Hood (*pro hac vice*)
28 Liberty Street
New York, NY 10005
Tel: (212) 530-5000
Fax: (212) 822-5696
smurphy@milbank.com
ahood@milbank.com

Robert J. Liubicic (*pro hac vice*)
601 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 892-4000
Fax: (213) 629-5063
rliubicic@milbank.com

*Attorneys for Defendants Russell Investment Management Company and Russell Fund Services Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date hereof this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants identified in the Notice of Electronic Filing (NEF).

/s/ Sean T. Carnathan
Sean T. Carnathan (#636889)