**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE RUSSELL INVESTMENT COMPANY ) <br> SHAREHOLDER LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | Lead C.A. No. 1:13-cv-12631-WGY <br><br> (Consolidated with No. 1:14-cv-14358-WGY) <br><br> Judge: Hon. William G. Young <br><br> FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between undersigned counsel, that the named Plaintiff, Fred McClure, in the above-captioned action, by his attorneys pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action with prejudice.

Respectfully submitted,

DATED: March 3, 2017

ROBBINS ARROYO LLP

/s/ Stephen J. Oddo
BRIAN J. ROBBINS
FELIPE J. ARROYO (*pro hac vice*)
GEORGE C. AGUILAR (*pro hac vice*)
STEPHEN J. ODDO (*pro hac vice*)
JENNY L. DIXON (*pro hac vice*)
MICHAEL J. NICOUD (*pro hac vice*)
ERIC M. CARRINO (*pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
gaguilar@robbinsarroyo.com
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com
mnicoud@robbinsarroyo.com
ecarrino@robbinsarryo.com

        HUTCHINGS, BARSAMIAN, MANDELCORN
          & ZEYTOONIAN, LLP
        THEODORE M. HESS-MAHAN (BBO #557109)
        110 Cedar Street, Suite 250
        Wellesley Hills, MA 02481
        Telephone: (781) 431-2231
        Facsimile: (781) 431-8726
        thess-mahan@hutchingsbarsamian.com

        ZWERLING, SCHACHTER
          & ZWERLING, LLP
        JEFFREY C. ZWERLING (*pro hac vice*)
        ROBIN F. ZWERLING (*pro hac vice*)
        SUSAN SALVETTI (*pro hac vice*)
        ANDREW W. ROBERTSON (*pro hac vice*)
        41 Madison Avenue
        New York, NY 10010
        Telephone: (212) 223-3900
        Facsimile: (212) 371-5969
        jzwerling@zsz.com
        rzwerling@zsz.com
        ssalvetti@zsz.com
        arobertson@zsz.com

        *Counsel for Plaintiff Fred McClure*

DATED: March 3, 2017        O'CONNOR CARNATHAN AND MACK, LLC

        /s/ Sean T. Carnathan
        SEAN T. CARNATHAN (#636889)
        Landmark One
        1 Van De Graaff Drive, Suite 104
        Burlington, MA 01803
        Telephone: (781) 359-9000
        Facsimile: (781) 359-9001
        scarnathan@ocmlaw.net

        MILBANK, TWEED, HADLEY & MCCLOY
        SEAN M. MURPHY (*pro hac vice*)
        JAMES G. CAVOLI (*pro hac vice*)
        ANDREA G. HOOD (*pro hac vice*)
        BRENTON CULPEPPER (*pro hac vice*)
        28 Liberty Street
        New York, NY 10005
        Telephone: (212) 530-5000
        Facsimile: (212) 530-5219

smurphy@milbank.com
jcavoli@milbank.com
ahood@milbank.com
bculpepper@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY
ROBERT J. LIUBICIC (*pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000
Facsimile:  (213) 629-5063
rliubicic@milbank.com

*Counsel for Defendants Russell Investment Management Company and Russell Fund Services Company*

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2017 this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants identified in the Notice of Electronic Filing (NEF).

/s/ Stephen J. Oddo
STEPHEN J. ODDO
